

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2015

No. 04-14-00338-CR

Benny Cavazos **VALVERDE,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR3980
Honorable Melisa Skinner, Judge Presiding

## O R D E R

The Bexar County District Attorney's Office filed a motion to abate this appeal and remand the cause to the trial court for the appointment of an attorney *pro tem* on the grounds that the current District Attorney, Mr. Nicholas "Nico" LaHood, "once represent[ed] appellant in this case." We remanded the cause for this purpose, and, on August 21, 2015, the trial court appointed Edward F. Shaughnessy attorney *pro tem*. Mr. Shaughnessy filed a letter informing this court of his appointment on August 27, 2015.

Mr. Shaughnessy is hereby ORDERED to file the State's brief no later than September 21, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court